[No. 9058–2–III.   Division Three.   May 16, 1989.]

*In the Matter of the Personal Restraint of*
SILAS COX, *Petitioner.*

Petition for relief from personal restraint. *Dismissed* by unpublished opinion per Thompson, C.J., concurred in by Green and Shields, JJ.

[No. 11089–0–II.   Division Two.   May 18, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM MARTIN HAMBY, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 87–1–00091–2, Alan R. Hallowell, J., entered April 27, 1987. *Reversed* by unpublished opinion per Reed, J., concurred in by Alexander, C.J., and Petrich, J.

[Nos. 10603–5–II; 11257–4–II.   Division Two.   May 18, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. RONALD LEE GRIFFIN, *Appellant.*

*In the Matter of the Personal Restraint of*
RONALD LEE GRIFFIN, *Petitioner.*

Appeal from a judgment of the Superior Court for Pierce County, No. 86–1–00274–1, Rosanne Buckner, J., entered November 21, 1986, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *dismissed* by unpublished per curiam opinion.